PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WASBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
  6401 Security Boulevard
  Baltimore, Maryland 21235
  Telephone: (510) 970-4801
  E-Mail: David.Priddy@ssa.gov
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVETTE ANDREA SMITH,   Plaintiff,   v.  MARTIN O'MALLEY, Commissioner of Social Security,   Defendant. | No. 2:24-cv-0425 DB **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; AND ORDER** |

  IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Martin O'Malley, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

  Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision and instruct the ALJ to re-evaluate the evidence of record.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

//

1      This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the

2  Social Security Act, 42 U.S.C. 405(g).

3

4  Dated:  June 20, 2024                    /s/  Francesco Benavides*
                                            FRANCESCO P. BENAVIDES
5                                           Attorney for Plaintiff
                                            *Authorized via e-mail on June 17, 2024
6

7                                           PHILLIP A. TALBERT
                                            United States Attorney
8                                           MATHEW W. PILE
                                            Associate General Counsel
9                                           Social Security Administration

10                          By:             /s/ David Priddy
                                            DAVID PRIDDY
11                                          Special Assistant United States Attorney

12
                                            Attorneys for Defendant
13

14

15

16

17                                    **ORDER**

18      Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that:

19      1.  The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against

20  Defendant, reversing the final decision of the Commissioner;

21      2.  This action is remanded to the Commissioner of Social Security for further

22  proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42

23  U.S.C. 405(g); and

24      3.  This case is closed.

25  DATED:  June 21, 2024                   /s/ DEBORAH BARNES
                                            UNITED STATES MAGISTRATE JUDGE
26

27

28